JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PAUL R. ROSENBERGER,                    ) Case No.  CV 13-8491 GAF(JC)
                                        )
                        Petitioner,     )
                                        )
            v.                          ) JUDGMENT
                                        )
ANNA WOLF, et al.,                      )
                                        )
                        Respondents.    )

        Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

        IT IS SO ADJUDGED.

DATED: December 4, 2013

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**JS-6**